UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARPENTER'S PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, | |
| Plaintiff, | Case No. 06-cv-4087-JPG |
| v. | |
| MODERN TILE & CARPET, INC., | |
| Defendant. | |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI, CLERK**

Dated: September 11, 2008        s/Brenda K. Lowe, Deputy Clerk

Approved:    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**